# **EXHIBIT A**



# Service of Process Transmittal
01/19/2021
CT Log Number 538913371

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Texas

**FOR:** Walmart Inc. (Former Name) (Domestic State: AR)
Walmart Claims Services, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | VALTASAROS PAULINE, Pltf. vs. WALMART Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition |
| **COURT/AGENCY:** | 125th Judicial District Court Harris County, TX<br>Case # 202101708 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/19/2019 - 2700 S. Kirkwood in Houston, Harris County, Texas |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/19/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. next following the expiration of 20 days after you were served |
| **ATTORNEY(S) / SENDER(S):** | STEPHEN BOUTROS<br>STEPHEN BOUTROS, LTD<br>2 Riverway, Suite 1770<br>Houston, TX 77056<br>713-425-4300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/20/2021, Expected Purge Date: 01/25/2021<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

MARILYN BURGESS
HARRIS COUNTY DISTRICT CLERK
P. O. BOX 4651
HOUSTON, TEXAS 77210-4651

7018 1830 0001 4427 4457

FIRST-CLASS MAIL
01/15/2021

WALMART INC
C/O CT CORPORATION
1999 BRYAN ST STE 900
DALLAS TX 75201
2021-01708 125th

CAUSE NO.   202101708

RECEIPT NO.   908325                                  75.00          CTM
\*\*\*\*\*\*\*\*\*\*                                        TR # 73830621

| PLAINTIFF: VALTASAROS, PAULINE | In The   125th |
| vs. | Judicial District Court |
| DEFENDANT: WALMART | of Harris County, Texas |
|  | 125TH DISTRICT COURT |
|  | Houston, TX |

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris


TO: WALMART INC (CORPORATION)
   BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM

   1999  BRYAN ST STE 900    DALLAS  TX   75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION & DUTY FOR DISCLOSURES


This instrument was filed on the 12th day of January, 2021, in the above cited cause number
and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
       This citation was issued on 13th day of January, 2021, under my hand and
seal of said Court.



Issued at request of:                       MARILYN BURGESS, District Clerk
BOUTROS, STEPHEN GEORGE                     Harris County, Texas
TWO  RIVERWAY SUITE 1770                    201 Caroline, Houston, Texas 77002
HOUSTON, TX  77056                          (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 425-4300
Bar No.:  90001891          Generated By: GILBERT, COURTNI NICOLE   U5U//11664131

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
 PLAINTIFF'S ORIGINAL PETITION & DUTY FOR DISCLOSURES
to the following addressee at address:


_____         _____
                                            ADDRESS

                                            Service was executed in accordance with Rule 106
_____            (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                   return receipt incorporated herein and attached
                                               hereto at

_____         _____
                                            on _____ day of _____, _____
                                            by U.S. Postal delivery to _____

                                            This citation was not executed for the following
                                            reason: _____

                                            _____

                                            MARILYN BURGESS, District Clerk
                                            Harris County, TEXAS

                                            By _____, Deputy


N.INT.CITM.P                              *73830621*